## HARRIS v. STATE.    (No. 6825.)

(Court of Criminal Appeals of Texas. April 12, 1922.)

1. **Criminal law ⬤⇒1092(13, 16)—Statement of facts containing no file mark, unsigned by attorneys, and not approved by the trial judge, not considered.**

A statement of facts containing no file mark showing it was filed in the lower court, unsigned by the attorneys, and not approved by the trial judge, cannot be considered on appeal.

2. **Criminal law ⬤⇒1144(½)—In absence of statement of facts, rulings of trial court presumed correct.**

On appeal from a conviction in the absence of a statement of facts, the rulings of the trial court will be presumed to be correct.

Appeal from District Court, Eastland County; E. A. Hill, Judge.

Mack Harris was convicted of murder, and he appeals. Affirmed.

Grisham Bros., of Eastland, and J. Lee Cearley, of Cisco, for appellant.

Claude C. Wild, of Dallas, and R. G. Storey, Asst. Atty. Gen., for the State.

---

⬤⇒For other cases see same topic and KEY-NUMBER in all Key-Numbered Digests and Indexes

HAWKINS, J. Appeal is from conviction for murder, with punishment assessed at 13 years' confinement in the penitentiary.

[1] We find among the papers what purports to be a statement of facts. It has no file mark indicating that it was ever filed in the lower court, nor is it signed by the attorneys or approved by the trial judge. In this condition same cannot be considered.

[2] There are many bills of exception in the record, all of them being to the admission or rejection of evidence, or to argument of counsel for the state. The charge of the court is appropriate to a provable case under the indictment, and all presumptions will be indulged as to the correctness of the rulings of the court. It is impossible to appraise the matters complained of in the various bills without a knowledge of the facts.

The judgment of the trial court is affirmed.